NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WCDS BUYER, INC., a Delaware corporation; and WCDS PARENT, LLC, a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAYAM SOHRAB, an individual; and JOSEPH ALEGRE, an individual,<br><br>  Defendants. | Case No. 8:24-cv-02523-FWS-KES<br><br>Hon. Fred W. Slaughter<br><br>**ORDER RE STIPULATION OF DISMISSAL [74]** |

///

///

///

Before the Court is Plaintiffs WCDS Buyer, Inc. and WCDS Parent, LLC and Defendants Payam Sohrab and Joseph Alegre's Stipulation of Dismissal (Dkt. 74 ("Stipulation")). Having reviewed and considered the Stipulation, the files and records of the case, the applicable law, including Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned action is **DISMISSED WITHOUT PREJUDICE** in its entirety, and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: August 15, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE